UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION 00-60029-01 |
| VERSUS | JUDGE TUCKER L. MELANÇON |
| JOHN TIMOTHY COTTON | MAGISTRATE JUDGE HANNA |

### JUDGMENT

John Timothy Cotton's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence (Rec. Doc. 781) was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation, *R. 846*. After an independent review of the record, and consideration of the objections filed[1], this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly, it is

**ORDERED** that John Timothy Cotton's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (Rec. Doc. 781) is **DENIED AND DISMISSED WITH PREJUDICE.**

Thus done and signed in Lafayette, Louisiana, this 21st day of March, 2011.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE

---

[1] In his objection, petitioner requests an evidentiary hearing and, in the alternative, that the Court "grant Summary Judgment in Petitioner's favor as a Matter of Law." As such pleadings were not included in petitioner's "28 U.S.C. § 2255 motion", they are not properly before the Court. Based on the Magistrate Judge's findings in the Report and Recommendation, however, any such pleadings would be denied.