# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

United States of America                       Civil Action No. 6:00-cr-60029-01

versus                                          Judge Tucker L. Melançon

Cotton                                          Magistrate Judge Patrick J. Hanna

## CERTIFICATE AS TO APPEALABILITY

After considering the record in this case and the requirements of 28 U.S.C. § 2253, this Court hereby finds that a certificate of appealability is **DENIED** because the petitioner has failed to demonstrate a substantial showing of the denial of a constitutional right.

Thus done and signed this 5th day of July, 2011 at Lafayette, Louisiana.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE